# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2605 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 68 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 150064 |
| | : | |
| LENARD FREDRICK COLLETT, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of June, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Lenard Fredrick Collett is suspended on consent from the Bar of this Commonwealth for a period of six months. He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).